UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-07763 |
| | ) | |
| JACQUELINE V. KONIDARIS, | ) | Chapter: 7 |
| | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

THIS MATTER COMING ON TO BE HEARD upon the First and Final Fee Application of FrankGecker LLP For Allowance Of Compensation And Reimbursement Of Expenses; due and proper notice having been given to all unpaid creditors; the Court having heard from all interested parties and being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. FrankGecker LLP is hereby allowed reasonable compensation for actual, necessary legal services in the amount of $7,532.00; $6,842.85 [handwritten]

2. FrankGecker LLP is hereby allowed reimbursement of actual, necessary expenses in the amount of $24.42; and

3. ~~Authorizing Miriam Stein, the Chapter 7 Trustee, to pay FrankGecker LLP compensation and expense reimbursement in the total amount of $7,556.42.~~ [struck through]

Enter:

*[signature]*

United States Bankruptcy Judge

Dated: 16 APR 2014

**Prepared by:**
Zane L. Zielinski (IL Bar No. 6278776)
FrankGecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com

Rev: 20120501_bko