UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
JACQUELINE V KONIDARIS                    §    Case No. 13-07763
                                          §
              Debtor(s)                   §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Miriam R. Stein_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-07763 | ERW | Judge: | Eugene R. Wedoff | | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|---|
| Case Name: | JACQUELINE V KONIDARIS | | | | | Date Filed (f) or Converted (c): | 02/28/2013 (f) |
| | | | | | | 341(a) Meeting Date: | 04/17/2013 |
| For Period Ending: | 11/19/2014 | | | | | Claims Bar Date: | 11/06/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. condominium located at 14520 Walden Ct. #G1, Oak, Forest, IL | 82,903.00 | 0.00 | | 0.00 | FA |
| 2. available cash | 500.00 | 0.00 | | 0.00 | FA |
| 3. checking account xxxx1714 at Chase Bank, 5520 W. 159th Stree | 1,361.75 | 0.00 | | 0.00 | FA |
| 4. savings account #xx2000, Panduit Employees Credit Union, 189 | 25.04 | 25.04 | | 0.00 | FA |
| 5. various household furniture and goods | 800.00 | 800.00 | | 0.00 | FA |
| 6. misc books and department store wall deco | 200.00 | 0.00 | | 0.00 | FA |
| 7. necessary wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. one gold ring with few diamond chips | 200.00 | 200.00 | | 0.00 | FA |
| 9. digital camera | 75.00 | 75.00 | | 0.00 | FA |
| 10. MetLife trust account | 2,982.00 | 2,982.00 | | 0.00 | FA |
| 11. TransAmerica Life Insurance Company | Unknown | 0.00 | | 0.00 | FA |
| 12. Judgment for plaintiff entered in Jacqueline Konidaris vs. O | 90,378.00 | 75,378.00 | | 47,500.00 | FA |
| 13. 2007 Hyundai Elantra 4D; 95,000 miles; small dents a scratch | 5,575.00 | 462.75 | | 0.00 | FA |
| 14. 2008 Honda Accord V6 EX; 100,000 miles; scratches on the bum | 4,712.50 | 0.00 | | 0.00 | FA |
| 15. 2006 Accura TSX 4D; 92,000 miles; schratches on the bumper, | 4,012.50 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $194,724.79 | $79,922.79 | | $47,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Settled PI case. Need to review claims and file final report. 12/26/13.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Initial Projected Date of Final Report (TFR): 01/01/2015     Current Projected Date of Final Report (TFR): 01/01/2015

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-07763 | Trustee Name: | Miriam R. Stein | |
| Case Name: | JACQUELINE V KONIDARIS | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX8598 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX0769 | Blanket Bond (per case limit): | | |
| For Period Ending: | 11/19/2014 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/14 | | Transfer from Acct # xxxxxx2600 | Transfer of Funds | 9999-000 | $11,702.44 | | $11,702.44 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,702.44 | $0.00 |
| Less: Bank Transfers/CD's | $11,702.44 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*        Page Subtotals:        $11,702.44        $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-07763
Case Name: JACQUELINE V KONIDARIS
Taxpayer ID No: XX-XXX0769
For Period Ending: 11/19/2014

Trustee Name: Miriam R. Stein
Bank Name: Rabobank, N.A.
Account Number/CD#: XXXXXX2600
Checking
Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/17/13 | 12 | Eisner & Heiman PC - Client Trust IOLTA Account<br>18400 Maple Creek Drive, Suite 700<br>Tinley Park, IL  60477 | Settlement of Personal Injury Action<br>Settlement with Oak & Olympia Donut Inc. | 1142-000 | $47,500.00 | | $47,500.00 |
| 09/25/13 | 101 | Jacqueline V. Konidaris<br>14520 Walden Court #G1<br>Oak Forest, IL  60452 | Exemption from PI litigation<br>Pursuant to Order dated 9/3/13. | 8100-002 | | $12,000.00 | $35,500.00 |
| 09/25/13 | 102 | John S. Fotopoulos<br>Law Offices John S. Fotopoulos<br>14496 John Humphrey Drive<br>Orland Park, IL  60462 | Trustee Legal Fees | | | $16,660.86 | $18,839.14 |
| | | Fotopoulos, John S. | Order dated 9/3/13                    ($15,833.33) | 3210-000 | | | |
| | | Fotopoulos, John S. | Order dated 9/3/13                       ($827.53) | 3220-000 | | | |
| 09/30/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $22.77 | $18,816.37 |
| 10/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $38.84 | $18,777.53 |
| 11/29/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $25.20 | $18,752.33 |
| 12/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $29.66 | $18,722.67 |
| 01/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $27.82 | $18,694.85 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:           $47,500.00        $28,805.15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 13-07763  
Case Name: JACQUELINE V KONIDARIS  
Taxpayer ID No: XX-XXX0769  
For Period Ending: 11/19/2014  

Trustee Name: Miriam R. Stein  
Bank Name: Rabobank, N.A.  
Account Number/CD#: XXXXXX2600  
Checking  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $25.09 | $18,669.76 |
| 03/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $25.95 | $18,643.81 |
| 04/23/14 | 103 | Frank Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Trustee Legal Fees | | | $6,867.27 | $11,776.54 |
| | | LLP, Frank Gecker | Order dated 4/16/14            ($6,842.85) | 3210-000 | | | |
| | | LLP, Frank Gecker | Order dated 4/16/14               ($24.42) | 3220-000 | | | |
| 04/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $28.60 | $11,747.94 |
| 05/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $19.20 | $11,728.74 |
| 06/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $16.30 | $11,712.44 |
| 07/02/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $10.00 | $11,702.44 |
| 07/02/14 | | Transfer to Acct # xxxxxx8598 | Transfer of Funds | 9999-000 | | $11,702.44 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $47,500.00 | $47,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $11,702.44 |
| Page Subtotals: | $0.00 | $18,694.85 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page: 4

| | | |
|---|---:|---:|
| Subtotal | $47,500.00 | $35,797.56 |
| Less: Payments to Debtors | $0.00 | $12,000.00 |
| Net | $47,500.00 | $23,797.56 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2600 - Checking | $47,500.00 | $23,797.56 | $0.00 |
| XXXXXX8598 - Checking | $0.00 | $0.00 | $11,702.44 |
|  | $47,500.00 | $23,797.56 | $11,702.44 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $47,500.00 |
| Total Gross Receipts: | $47,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-07763
Debtor Name: JACQUELINE V KONIDARIS
Claims Bar Date: 11/6/2013

Date: November 19, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | JACQUELINE V KONIDARIS<br>14520 WALDEN CT., #G1<br>OAK FOREST, IL 60452 | Administrative | | $0.00 | $12,000.00 | $12,000.00 |
| 100 2100 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Administrative | | $0.00 | $4,300.00 | $4,300.00 |
| 100 3210 | John S. Fotopoulos<br>14496 John Humphrey Drive<br>Orland Park, IL 60462 | Administrative | | $0.00 | $15,833.33 | $15,833.33 |
| 100 3210 | Frank Gecker LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $6,842.85 | $6,842.85 |
| 100 3220 | John S. Fotopoulos<br>14496 John Humphrey Drive<br>Orland Park, IL 60462 | Administrative | | $0.00 | $827.53 | $827.53 |
| 100 3220 | Frank Gecker LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $24.42 | $24.42 |
| 1 300 7100 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $598.51 | $598.51 |
| 2 300 7100 | Ecast Settlement Corporation,<br>Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured | | $0.00 | $6,872.53 | $6,872.53 |
| 3 300 7100 | Portfolio Recovery Associates, Llc<br>Successor To Us Bank National<br>Assoc. Nd<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $0.00 | $6,881.08 | $6,881.08 |
| | Case Totals | | | $0.00 | $54,180.25 | $54,180.25 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                              Printed: November 19, 2014

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-07763 Date: November 19, 2014
Debtor Name: JACQUELINE V KONIDARIS
Claims Bar Date: 11/6/2013

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-07763
Case Name: JACQUELINE V KONIDARIS
Trustee Name: Miriam R. Stein

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ | $ | $ |
| Attorney for Trustee Fees: John S. Fotopoulos | $ | $ | $ |
| Attorney for Trustee Expenses: John S. Fotopoulos | $ | $ | $ |
| Other: Frank Gecker LLP | $ | $ | $ |
| Other: Frank Gecker LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses         $_____
Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Capital One | $ | $ | $ |
| 2 | Ecast Settlement Corporation, Assignee | $ | $ | $ |
| 3 | Portfolio Recovery Associates, Llc | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE