# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-07763 |
| | ) | |
| KONIDARIS, JACQUELINE V., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | **Hearing Date:** January 20, 2015 |
| | ) | **Hearing Time:** 10:00 a.m. |
| | ) | **Room No.:** 744 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **January 20, 2015**, at **10:00 a.m.**, we shall appear before the Honorable Eugene R. Wedoff, or such other judge as may be sitting in his stead, in Courtroom 744 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Trustee's Application for Compensation and Expenses.**

Dated: December 9, 2014

                            Respectfully submitted,

                            By: /s/ *Miriam R. Stein*
                                Miriam R. Stein, Chapter 7 Trustee

Miriam R. Stein (IL ARDC #6238163)
Chuhak& Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 444-9300
mstein@chuhak.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE ) | Chapter 7 | |
| ) | | |
| KONIDARIS, JACQUELINE V ) | CASE NO. 13-07763-ERW | |
| ) | | |
| Debtor(s). ) | Hon. Eugene R. Wedoff | |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

TO:   THE HONORABLE Eugene R. Wedoff

NOW COMES Miriam R. Stein, Trustee herein, pursuant to 11 U.S.C. §330, and requests $4,300.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $35,500.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $3,050.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $4,300.00 | |

## II. TRUSTEE'S EXPENSES

None

TOTAL EXPENSES                              $0.00

    The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:   December 9, 2014                    /s/ *Miriam R. Stein*
                                             Miriam R. Stein, Trustee

Miriam R. Stein (IL ARDC#6238163)
Chuhak& Tecson, P.C.
30 South Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 444-9300
mstein@chuhak.com