# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JACQUELINE V KONIDARIS | § | Case No. 13-07763 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Miriam R. Stein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn Street
  Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/20/2015 in Courtroom 744 (Judge Wedoff),
  Dirksen United States Courthouse
  219 S. Dearborn Street
  Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/09/2014                    By: /s/ Miriam R. Stein
                                                Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JACQUELINE V KONIDARIS | § | Case No. 13-07763 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 47,500.00 |
| and approved disbursements of | $ | 35,797.56 |
| leaving a balance on hand of[1] | $ | 11,702.44 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 4,300.00 | $ 0.00 | $ 4,300.00 |
| Attorney for Trustee Fees: John S. Fotopoulos | $ 15,833.33 | $ 15,833.33 | $ 0.00 |
| Attorney for Trustee Expenses: John S. Fotopoulos | $ 827.53 | $ 827.53 | $ 0.00 |
| Other: Frank Gecker LLP | $ 6,842.85 | $ 6,842.85 | $ 0.00 |
| Other: Frank Gecker LLP | $ 24.42 | $ 24.42 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,300.00 |
| Remaining Balance | $ 7,402.44 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,352.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Capital One | $ 598.51 | $ 0.00 | $ 308.70 |
| 2 | Ecast Settlement Corporation, Assignee | $ 6,872.53 | $ 0.00 | $ 3,544.67 |
| 3 | Portfolio Recovery Associates, Llc | $ 6,881.08 | $ 0.00 | $ 3,549.07 |
| | Total to be paid to timely general unsecured creditors | | $ | 7,402.44 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Miriam R. Stein
                              Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL  60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                            Case No. 13-07763-ERW
Jacqueline V Konidaris                                            Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgonzalez            Page 1 of 2          Date Rcvd: Dec 10, 2014
                              Form ID: pdf006            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2014.
db            +Jacqueline V Konidaris,    14520 Walden Ct., #G1,    Oak Forest, IL 60452-1045
aty            Zane L Zielinski,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
                Chicago, IL 60610
20103585      +Anthony Konidaris,    14520 Walden Ct. #G1,    Oak Forest, IL 60452-1045
20103586      +Bank of America,   Attn: Bankruptcy NC4-105-0299,    PO BOX 26012,    Greensboro, NC 27420-6012
20103588     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank SD,    Attn: Centralized Bankruptcy,    PO BOX 20507,
                Kansas City, MO 64195)
21010635       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20103587      +Chase Bank U.S.A., N.A.,    Card Services,    PO BOX 15298,   Wilmington, DE 19850-5298
21194209     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                successor to US BANK NATIONAL ASSOC. ND,    POB 41067,   Norfolk, VA 23541)
20103592      +Panduit Employee Credit Union Visa,    18900 Panduit Drive,    Tinley Park, IL 60487-3600
20103594      +Thomas Konidaris,    11515 Settlers Pond Way #2A,    Orland Park, IL 60467-5269
20103596     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank,   Cardmember Service,    PO BOX 108,
                Saint Louis, MO 63166-9801)
20103597      +VISA Customer Service,    PO BOX 30495,   Tampa, FL 33630-3495
21057643       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20103590       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 11 2014 01:28:41     Honda Financial Services,
                PO BOX 5308,   Elgin, IL 60121-5308
20103589      +E-mail/Text: pgray@hinsdalebank.com Dec 11 2014 01:30:18     Hinsdale Bank & Trust Company,
                25 E. First Street,    Hinsdale, IL 60521-4119
20103591       E-mail/Text: bnckohlsnotices@becket-lee.com Dec 11 2014 01:27:23     Kohl's,   PO BOX 3043,
                Milwaukee, WI 53201-3043
20103593      +E-mail/Text: cop@santander.us Dec 11 2014 01:28:08     Sovereign Bank,   MC:10-6438-CC7,
                601 Penn Street,    Reading, PA 19601-3553
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            John S Fotopoulos
20103595*    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank,   Cardmember Service,    PO BOX 6352,
                Fargo, ND 58125-6352)
                                                                                       TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2014 at the address(es) listed below:
         Ann M Houha    on behalf of Debtor Jacqueline V Konidaris ann@beutlerlaw.com,
          blcnotices@gmail.com;myecfbeutler@gmail.com
         Daniel P. Dawson    on behalf of Creditor    Hinsdale Bank & Trust Company ddawson@nisen.com,
          adrag@nisen.com
         Miriam R Stein    mstein@chuhak.com,
          dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Zane L Zielinski    on behalf of Trustee Miriam R Stein zzielinski@fgllp.com,
          csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
```

```
District/off: 0752-1          User: mgonzalez             Page 2 of 2              Date Rcvd: Dec 10, 2014
                              Form ID: pdf006             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 5