UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
                                        §
JACQUELINE V KONIDARIS                  §      Case No. 13-07763
                                        §
        Debtor(s)                       §
                                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Miriam R. Stein_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KONIDARIS, JACQUELINE V |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor #: 1 Bank of America Attn: Bankruptcy NC4-105-0299 PO BOX 26012 Greensboro, NC 27410 |  |  |  |  |  |
|  | Creditor #: 2 Hinsdale Bank & Trust Company 25 E. First Street Hinsdale, IL 60521 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 3 Honda Financial Services PO BOX 5308 Elgin, IL 60121-5308 | | | | | |
| | Creditor #: 4 Sovereign Bank MC:10-6438-CC7 601 Penn Street Reading, PA 19601 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | | | | | |
| Rabobank, N.A. | | | | | |
| Frank Gecker LLP | | | | | |
| John S. Fotopoulos | | | | | |
| Frank Gecker LLP | | | | | |
| John S. Fotopoulos | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Chase Bank U.S.A., N.A. Card Services PO BOX 15298 Wilmington, DE 19850 | | | | | |
| | Creditor #: 2 Citibank SD Attn: Centralized Bankruptcy PO BOX 20507 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 3 Kohl's PO BOX 3043 Milwaukee, WI 53201-3043 | | | | | |
| | Creditor #: 4 Panduit Employee Credit Union Visa 18900 Panduit Drive Tinley Park, IL 60487 | | | | | |
| | Creditor #: 5 U.S. Bank Cardmember Service PO BOX 6352 Fargo, ND 58125-6352 | | | | | |
| | U.S. Bank Cardmember Service PO BOX 108 Saint Louis, MO 63166-9801 | | | | | |
| | VISA Customer Service PO BOX 30495 Tampa, FL 33630 | | | | | |
| 2 | Ecast Settlement Corporation, Assignee | | | | | |
| 1 | N. A. Capital One | | | | | |
| 3 | Portfolio Recovery Associates, Llc | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-07763 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | Miriam R. Stein |
| Case Name: | JACQUELINE V KONIDARIS | | | | Date Filed (f) or Converted (c): | 02/28/2013 (f) |
| | | | | | 341(a) Meeting Date: | 04/17/2013 |
| For Period Ending: | 05/01/2015 | | | | Claims Bar Date: | 11/06/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. condominium located at 14520 Walden Ct. #G1, Oak, Forest, IL | 82,903.00 | 0.00 | | 0.00 | FA |
| 2. available cash | 500.00 | 0.00 | | 0.00 | FA |
| 3. checking account xxxx1714 at Chase Bank, 5520 W. 159th Stree | 1,361.75 | 0.00 | | 0.00 | FA |
| 4. savings account #xx2000, Panduit Employees Credit Union, 189 | 25.04 | 25.04 | | 0.00 | FA |
| 5. various household furniture and goods | 800.00 | 800.00 | | 0.00 | FA |
| 6. misc books and department store wall deco | 200.00 | 0.00 | | 0.00 | FA |
| 7. necessary wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. one gold ring with few diamond chips | 200.00 | 200.00 | | 0.00 | FA |
| 9. digital camera | 75.00 | 75.00 | | 0.00 | FA |
| 10. MetLife trust account | 2,982.00 | 2,982.00 | | 0.00 | FA |
| 11. TransAmerica Life Insurance Company | Unknown | 0.00 | | 0.00 | FA |
| 12. Judgment for plaintiff entered in Jacqueline Konidaris vs. O | 90,378.00 | 75,378.00 | | 47,500.00 | FA |
| 13. 2007 Hyundai Elantra 4D; 95,000 miles; small dents a scratch | 5,575.00 | 462.75 | | 0.00 | FA |
| 14. 2008 Honda Accord V6 EX; 100,000 miles; scratches on the bum | 4,712.50 | 0.00 | | 0.00 | FA |
| 15. 2006 Accura TSX 4D; 92,000 miles; schratches on the bumper, | 4,012.50 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $194,724.79  $79,922.79  $47,500.00  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Settled PI case. Need to review claims and file final report. 12/26/13.
TFR pending 1/20/15.

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Initial Projected Date of Final Report (TFR): 01/01/2015   Current Projected Date of Final Report (TFR): 05/15/2015   Exhibit 8

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-07763 | Trustee Name: Miriam R. Stein |
| Case Name: JACQUELINE V KONIDARIS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8598 |
| | Checking |
| Taxpayer ID No: XX-XXX0769 | Blanket Bond (per case limit): |
| For Period Ending: 05/01/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/14 | | Transfer from Acct # xxxxxx2600 | Transfer of Funds | 9999-000 | $11,702.44 | | $11,702.44 |
| 01/20/15 | 101 | Miriam R. Stein<br>Chuhak & Tecson<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606 | Trustee Compensation | 2100-000 | | $4,300.00 | $7,402.44 |
| 01/20/15 | 102 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 1 representing a payment of 51.58 % per court order. | 7100-000 | | $308.70 | $7,093.74 |
| 01/20/15 | 103 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution to claim 2 representing a payment of 51.58 % per court order. | 7100-000 | | $3,544.67 | $3,549.07 |
| 01/20/15 | 104 | Portfolio Recovery Associates, Llc Successor To Us Bank National Assoc. Nd<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 3 representing a payment of 51.58 % per court order. | 7100-000 | | $3,549.07 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $11,702.44 | $11,702.44 |
| Less: Bank Transfers/CD's | $11,702.44 | $0.00 |
| Subtotal | $0.00 | $11,702.44 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $11,702.44 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Page Subtotals:     $11,702.44     $11,702.44

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-07763  
Case Name: JACQUELINE V KONIDARIS  
Taxpayer ID No: XX-XXX0769  
For Period Ending: 05/01/2015  

Trustee Name: Miriam R. Stein  
Bank Name: Rabobank, N.A.  
Account Number/CD#: XXXXXX2600  
Checking  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/17/13 | 12 | Eisner & Heiman PC - Client Trust IOLTA Account<br>18400 Maple Creek Drive, Suite 700<br>Tinley Park, IL  60477 | Settlement of Personal Injury Action<br>Settlement with Oak & Olympia Donut Inc. | 1142-000 | $47,500.00 | | $47,500.00 |
| 09/25/13 | 101 | Jacqueline V. Konidaris<br>14520 Walden Court #G1<br>Oak Forest, IL  60452 | Exemption from PI litigation<br>Pursuant to Order dated 9/3/13. | 8100-002 | | $12,000.00 | $35,500.00 |
| 09/25/13 | 102 | John S. Fotopoulos<br>Law Offices John S. Fotopoulos<br>14496 John Humphrey Drive<br>Orland Park, IL  60462 | Trustee Legal Fees | | | $16,660.86 | $18,839.14 |
| | | Fotopoulos, John S. | Order dated 9/3/13       ($15,833.33) | 3210-000 | | | |
| | | Fotopoulos, John S. | Order dated 9/3/13         ($827.53) | 3220-000 | | | |
| 09/30/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $22.77 | $18,816.37 |
| 10/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $38.84 | $18,777.53 |
| 11/29/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $25.20 | $18,752.33 |
| 12/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $29.66 | $18,722.67 |
| 01/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $27.82 | $18,694.85 |

Page Subtotals:     $47,500.00     $28,805.15

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-07763 | Trustee Name: Miriam R. Stein |
| Case Name: JACQUELINE V KONIDARIS | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX2600 |
| | Checking |
| Taxpayer ID No: XX-XXX0769 | Blanket Bond (per case limit): |
| For Period Ending: 05/01/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $25.09 | $18,669.76 |
| 03/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $25.95 | $18,643.81 |
| 04/23/14 | 103 | Frank Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Trustee Legal Fees | | | $6,867.27 | $11,776.54 |
| | | LLP, Frank Gecker | Order dated 4/16/14        ($6,842.85) | 3210-000 | | | |
| | | LLP, Frank Gecker | Order dated 4/16/14           ($24.42) | 3220-000 | | | |
| 04/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $28.60 | $11,747.94 |
| 05/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $19.20 | $11,728.74 |
| 06/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $16.30 | $11,712.44 |
| 07/02/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $10.00 | $11,702.44 |
| 07/02/14 | | Transfer to Acct # xxxxxx8598 | Transfer of Funds | 9999-000 | | $11,702.44 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $47,500.00 | $47,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $11,702.44 |
| Page Subtotals: | $0.00 | $18,694.85 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

| | | |
|---|---:|---:|
| Subtotal | $47,500.00 | $35,797.56 |
| Less: Payments to Debtors | $0.00 | $12,000.00 |
| Net | $47,500.00 | $23,797.56 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2600 - Checking | $47,500.00 | $23,797.56 | $0.00 |
| XXXXXX8598 - Checking | $0.00 | $11,702.44 | $0.00 |
|  | $47,500.00 | $35,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $47,500.00 |
| Total Gross Receipts: | $47,500.00 |

Page Subtotals:  $0.00  $0.00